**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Crave Products, Inc. ) | |
| ) | Case No. 1:20-cv-1360 |
| v. ) | |
| ) | Judge: Hon. Sharon Johnson Coleman |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. M. David Weisman |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned

counsel for plaintiff hereby notify this Court that the plaintiff, Crave Products, Inc., voluntarily

dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 74 | Cova_fashion | 20231974 |

Dated: June 16, 2020

Respectfully submitted,

By:     s/David Gulbransen/
       David Gulbransen
       Attorney of Record

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       (312) 873-4377 f.
       david@gulbransenlaw.com