IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Crave Products, Inc.              )
                                  )   Case No. 1:20-cv-1360
v.                                )
                                  )   Judge: Hon. Sharon Johnson Coleman
THE PARTNERSHIPS and              )
UNINCORPORATED ASSOCIATIONS       )   Magistrate: Hon. M. David Weisman
Hon. IDENTIFIED ON SCHEDULE "A"   )
                                  )

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Crave Products, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Platform | Store Name | Merchant ID |
|---|---|---|---|
| 7 | Wish | wuqingfeng001 | 59c414298ee78d7982e0bed7 |
| 112 | DHGate | Bestfashion007 | 21146309 |
| 133 | Amazon | cantonmade | A1YIH83RPD8GNV |
| 141 | Amazon | HAILI&XIXI | A2KNHFF2PQYXPS |
| 154 | Amazon | payanwin | A3BLJ00VM1T9IO |
| 151 | Amazon | 临县兔坂海升家居馆 | A2XOVBQUODBEZH |
| 113 | DHGate | Santia | 21185475 |
| 128 | Amazon | Pantula Home Goods | A1NVEYQRMLJBMA |

Dated: August 1, 2020                    Respectfully submitted,

                                         By:    s/David Gulbransen/
                                         David Gulbransen
                                         Attorney of Record

                                         David Gulbransen (#6296646)
                                         Law Office of David Gulbransen
                                         805 Lake Street, Suite 172
                                         Oak Park, IL 60302
                                         (312) 361-0825 p.
                                         (312) 873-4377 f.

david@gulbransenlaw.com