# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Crave Products, Inc. ) | |
| ) | Case No. 1:20-cv-1360 |
| v. ) | |
| ) | Judge: Hon. Sharon Johnson Coleman |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. M. David Weisman |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

## Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Crave Products, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 55 | Ziyu168 | 14775873 |
| 65 | Runbaby | 20010045 |
| 66 | China_smoke | 20023446 |
| 68 | Hopestar168 | 20061425 |
| 69 | Glass_smoke | 20061478 |

Dated: August 7, 2020

Respectfully submitted,

By: __s/David Gulbransen/__
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com